# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**
### NO. 02-12-00091-CV


EUGENE WILLIAMS                                                          APPELLANT

V.

MARCELINA WILLIAMS                                                       APPELLEE

------------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 23, 2012, after filing appellant's brief, we issued a letter to appellant stating that his brief failed to comply with several of the rules of appellate procedure as well as local rule 1.A(8).  We asked him to file an amended brief by June 4, 2012, and warned him that failure to do so could result in striking his brief, waiver of noncomplying points, or dismissal of the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3.

---

[1]*See* Tex. R. App. P. 47.4.

On June 27, 2012, we notified appellant that his amended brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response reasonably explaining the failure to timely file an amended brief. *See* Tex. R. App. P. 38.8(a)(1), 42.3.

We have not received any response from appellant. Therefore, we strike appellant's original brief as noncompliant with the rules of appellate procedure and our local rule, and because appellant has not filed an amended brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3(b), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: August 2, 2012

2